UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60767-CIV-DIMITROULEAS

CLAUDIO TEIXEIRA,
individually and on behalf of
others similarly situated,

    Plaintiff,

v.

VOZZCOM, INC.,
a Florida corporation, and
DOREEN VOZZOLA, individually,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY DENYING, AS MOOT, MOTION TO WITHDRAW AS ATTORNEY

THIS CAUSE is before the Court upon the Defendants' Motion to Withdraw as Attorney, filed herein on August 17, 2007. [DE-21]. The Court previously granted the instant motion [DE-24] on August 20, 2007. However, the motion nevertheless remains pending on the Court's docket. Accordingly, it is

**ORDERED AND ADJUDGED** the Defendants' Motion to Withdraw as Attorney, filed herein on August 17, 2007 [DE-21], is hereby administratively **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Carmen Johnson, Esq.

Allan Weitzman, Esq.

Gregg Shavitz, Esq.