## CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT

THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT ("Agreement") is made and entered into this ___ day of October, 2007, by and between Claudio Teixeira ("Teixeira"), Gino Muller ("Muller"), Igor Alves ("Alves"), Camilo Gondran ("Gondran"), Alejandro Garcia ("Garcia"), Fernando Barretto ("Barretto"), Wallace Miranda ("Miranda") and Mark Saunders ("Saunders"), on the one hand, and Vozzcom, Inc. and Doreen Vozzola (collectively, "Vozzcom"), on the other hand (collectively, the "Parties");

WHEREAS, the Parties are presently engaged in litigation pending in the United States District Court, Southern District of Florida, which action is styled Claudio Teixeira and Gino Muller, individually and on behalf of others similarly-situated, Plaintiffs, v. Vozzcom, Inc., a Florida Corporation and Doreen Vozzola, individually, Defendants, Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum (the "Action");

WHEREAS, on August 7, 2007, Barretto opted-in the Action;

WHEREAS, on August 22, 2007, Alves opted-in the Action;

WHEREAS, on August 22, 2007, Garcia opted-in the Action;

WHEREAS, on September 19, 2007, Gondran opted-in the Action;

WHEREAS, on September 19, 2007, Miranda opted-in the Action;

WHEREAS, on September 28, 2007, Saunders opted-in the Action;

WHEREAS, Vozzcom denies any unlawful conduct, discrimination or any other wrongdoing, as well as any liability arising out of Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' allegations in the Action, and further denies any unlawful conduct or other wrongdoing with respect to Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' employment, including, but not limited to, any violation of federal, state, or local law (statutory or decisional), ordinance, regulation, or any common law rule;

1

WHEREAS, the Parties wish to settle their differences and resolve any and all disputes and obligations between them, including any and all charges and claims that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders brought or could have brought in the Action;

WHEREAS, Vozzcom has agreed to settle in full any and all claims that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders for themselves and for their heirs, executors, administrators and assigns (hereinafter collectively referred to as "Releasors"), had, have or may have against Vozzcom, Vozzcom Electric, Jadau LLC, or any of their parent companies, subsidiaries, divisions, and their successors or any of their past or present shareholders, directors, officers, attorneys, agents, trustees, administrators, insurance carriers or employees (whether acting as agents for Vozzcom or in their individual capacities), (hereinafter collectively referred to as "Releasees"), including but not limited to, all claims that were or could have been raised in the Action; with the exception to Teixeira's Workers' Compensation Claim;

WHEREAS, Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders have agreed to settle in full any and all claims that Vozzcom had, has or may have against Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders, including but not limited to, all claims that were or could have been raised in the Action, with the exception to Teixeira's Workers' Compensation claim;

NOW, THEREFORE, the Parties hereto agree as follows:

1.     Subject to the fulfillment of the conditions and agreements set forth herein, and in consideration for the Voluntary Dismissal of the Action, and the mutual releases contained in paragraphs "2" and "3" herein, the Parties agree as follows:

(a)     In accordance with paragraphs "1(b)" and "24" of this Agreement, after Vozzcom receives this Agreement and Stipulation of Dismissal in the form attached hereto as **Exhibit A**, fully executed by Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders, Vozzcom shall pay to Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders the total gross amount

2

of                    **REDACTED**                         ) (the "Payment"), and no more

than                  **REDACTED**                              in full and final settlement

of any and all claims Releasors have, or may have, against the Releasees including, but not limited to, the

claims raised in the Action, with the exception to Teixeira's Workers' Compensation claim. The Payment

to Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders shall be allocated as set

forth in paragraph "24" below.

     (b)     The Payment shall be mailed to Teixeira, Muller, Alves, Gondran, Garcia, Barretto,

Miranda and Saunders, in care of the Shavitz Law Group, P.A, no later than ten (10) business days after

Vozzcom's receipt of: (i) this Agreement, fully executed by Teixeira, Muller, Alves, Gondran, Garcia,

Barretto, Miranda, Saunders and the Shavitz Law Group; and (ii) a Stipulation of Dismissal without

Prejudice, in the form attached hereto as **Exhibit A**, fully executed on behalf of Teixeira, Muller, Alves,

Gondran, Garcia, Barretto, Miranda and Saunders by the Shavitz Law Group. The Stipulation of

Dismissal shall be filed by Counsel for Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and

Saunders upon receipt of the Payment by the Shavitz Law Group, P.A. The Payment shall not be

dispersed by the Shavitz Law Group, P.A. until the court either (i) enters the Order of Dismissal, or (ii)

closes the case.

     (c)     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders agree

that the Payment represented in subparagraph (a) above is inclusive of any and all attorneys' fees and

other costs which they (either individually or collectively) have incurred in the Action. Teixeira, Muller,

Alves, Gondran, Garcia, Barretto, Miranda and Saunders further agree to indemnify Vozzcom, and hold

Vozzcom harmless from any claims for attorneys' fees, costs or disbursements by Hal Anderson, the

Shavitz Law Group, P.A., or any other attorney or consultant who has advised Teixeira, Muller, Alves,

Gondran, Garcia, Barretto, Miranda and/or Saunders in the Action.

     2.     (a)     In exchange for the consideration provided for by paragraph "1(a)" above, the

Releasors forever release and discharge the Releasees from any and all claims, demands, causes of action,

fees and liabilities of any kind whatsoever, whether known or unknown, which the Releasors ever had, now have or may have against the Releasees by reason of any actual or alleged act, omission, transaction, practice, conduct, occurrence or other matter up to and including the date of this Agreement, with the exception to Teixeira's Workers' Compensation claim.  This release specifically includes any and all claims that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders asserted or could have asserted against Vozzcom in the Action.  Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders hereby agree and acknowledge that the payments provided for in this Agreement equal or exceed any payments, benefit, or other thing of value to which they (either individually or collectively) might otherwise be entitled under any policy, plan or procedure of Vozzcom.

        (b)    Without limiting the generality of the foregoing, this Agreement is intended to and shall release the Releasees from any and all claims, incurred as of the date of this Agreement, whether known or unknown, which the Releasors ever had, now have or may have against the Releasees arising out of Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and/or Saunders' respective employment and termination of employment with Releasees, any relationship between Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders or any of the Releasees, including but not limited to:  (i) any claim of discrimination, harassment, whistle blowing or retaliation in employment whether based on federal, state or local law (statutory or decisional), statute, ordinance, administrative regulation, public policy or Executive Order, including without limitation, any and all claims of discrimination, harassment, whistle blowing or retaliation in employment (whether based on federal, state or local law, statutory or decisional), including without limitation, all claims under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act, the Civil Rights Act of 1991, the Reconstruction Era Civil Rights Act of 1866, 42 U.S.C. §§ 1981-86, as amended, the Rehabilitation Act of 1973, the Equal Pay Act, the Family and Medical Leave Act, the Fair Labor Standards Act, the Employee Retirement Income Security Act ("ERISA"), the Sarbanes-Oxley Act of 2002, the Florida Civil Rights Act of 1992 f/k/a

Human Rights Act of 1977, the Florida Private Whistle-Blower Act (Fla. Stat. § 448.101 et seq), the Florida Public Whistle-Blower Act (Fla. Stat. § 112.3187 et seq.), the Florida Equal Pay Act, and waivable rights under the Florida Constitution; (ii) any claim arising out of the terms and conditions of Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and/or Saunders' employment with any of the Releasees, the termination of such employment, and/or any of the events relating directly or indirectly to or surrounding such termination; (iii) any claims for wrongful discharge; (iv) any claims for damages of any kind whatsoever, including without limitation compensatory, punitive, treble, liquidated and/or consequential damages; (v) all claims under any contract, whether express or implied; (vi) all claims for unintentional or intentional torts, for emotional distress and for pain and suffering; (vii) all claims for violation of any statutory or administrative rules, regulations or codes; (viii) any claims that were or could have been raised in the Action; and (ix) any claim for attorneys' fees, costs, disbursements, wages, bonuses, benefits, vacation and/or the like, with the exception to Teixeira's Workers' Compensation claim.

(c)     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders further acknowledge and agree that the consideration provided for by paragraph "1(a)" above compensates at a full one hundred percent (100%) any and all claims they (either individually or collectively) may have against Vozzcom for back-wages, overtime, liquidated damages and attorneys' fees and costs, and that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders (either individually or collectively) may not claim greater damages than that which is provided herein. To the extent Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders ever wish to further pursue any claims against Vozzcom pursuant to the Fair Labor Standards Act, they or he shall be required, as a condition precedent, to return to Vozzcom all of the consideration provided for by paragraph "1(a)" above and paragraph "24" below with interest at the legal rate. Any failure by Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders to comply with this condition precedent in whole or in part shall be Vozzcom's defense to and mandatory grounds for dismissal of any such Teixeira's, Muller's,

5

Alves', Gondran's, Garcia's, Barretto's, Miranda's and/or Saunders' claim, which Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders stipulate shall be the remedy for such failure.

3.    (a)    In exchange for Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' execution of this Agreement, Vozzcom forever releases and discharges Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders from any and all claims, demands, causes of action, fees and liabilities of any kind whatsoever, whether known or unknown, which the Vozzcom ever had, now has or may have against Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders by reason of any actual or alleged act, omission, transaction, practice, conduct, occurrence or other matter up to and including the date of this Agreement, except for claims for gross negligence, intentional misconduct, illegal or unlawful conduct, fraud or dishonesty.   This release specifically includes any and all claims and defenses that Vozzcom asserted or could have asserted against Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders in the Action.

(b)    Without limiting the generality of the foregoing, this Agreement is intended to and shall release Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders from any and all claims, incurred as of the date of this Agreement, whether known or unknown, which Vozzcom ever had, now has or may have against Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders arising out of Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' respective employment and termination of employment with Vozzcom, any relationship between Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders or Vozzcom, including but not limited to:  (i) any claim arising out of the terms and conditions of Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and/or Saunders' respective employment with Vozzcom, the termination of such employment, and/or any of the events relating directly or indirectly to or surrounding such termination; (ii) any claims for damages of any kind whatsoever, including without limitation compensatory, punitive, treble, liquidated and/or consequential damages; (iii) all claims under any contract, whether express or implied; (iv) all claims for unintentional or intentional torts, for emotional

6

distress and for pain and suffering; (v) all claims for violation of any statutory or administrative rules, regulations or codes; (vi) any claims that were or could have been raised in the Action; and (vii) any claim for attorneys' fees, costs, disbursements, wages, bonuses, benefits, vacation and/or the like, except for claims for gross negligence, intentional misconduct, illegal or unlawful conduct, fraud or dishonesty.

4.    Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders hereby agree to dismiss the case pending in the United States District Court, Southern District of Florida, styled <u>Claudio Teixeira and Gino Muller, individually and on behalf of others similarly-situated, Plaintiffs, v. Vozzcom, Inc., a Florida Corporation and Doreen Vozzola, individually, Defendants</u>, Case No. 07-60767 CIV Dimitrouleas/Rosenbaum.  Only the Stipulation of Dismissal without Prejudice, in the form attached hereto as **Exhibit A**, shall be filed in the Action; this Agreement shall not be filed with any judicial, administrative or arbitral tribunal, except as may be necessary to secure enforcement thereof and, if then, under seal.

5.    The Releasors further agree not to commence, maintain, initiate, instigate, prosecute or participate in any action or proceeding of any kind in any court or administrative or law enforcement agency (except as may be required by law, pursuant to a court order or in response to a valid subpoena) against the Releasees with respect to any act, omission, transaction or occurrence up to and including the date of the execution of this Agreement, with the exception to Teixeira's Workers' Compensation claim. Nothing in this Agreement shall be construed to prevent Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders from responding truthfully to a valid subpoena, from filing a charge with, or participating in, any investigation conducted by a governmental agency including EEOC and/or any local human rights agency, and/or responding as otherwise required by law.  Nevertheless, by virtue of the foregoing, Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders agree that they have waived any relief available to them under any of the claims or causes of action waived and released in paragraph 2 above.

6.     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders acknowledge and agree that they are not eligible for rehire or re-employment with the Releasees at any time in the future, and hence covenant that at no time will they knowingly seek employment with, be hired by, or submit an application for employment with the Releasees.  Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders also acknowledge and agree that if they do seek such employment or relationship, a rejection will not constitute a violation of this Agreement or any law, and they will not claim that such rejection is a violation of this Agreement or any law.

7.     (a)     The Parties agree that they will not engage in any conduct that is injurious to the reputation and interest of the other Parties, including but not limited to (i) divulging, communicating or in any way making use of any confidential, sensitive or proprietary information that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders acquired in the performance of their duties for Releasees or (ii) publicly disparaging (or inducing or encouraging others to publicly disparage) either the Releasors or Releasees.

(b)     Any and all requests for references or other information regarding Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' employment with Vozzcom shall be addressed to the President of Vozzcom, Inc.  Questions regarding Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' employment shall be answered in accordance with Vozzcom's standard policies, and will confirm only Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' dates of employment, title/position held and will verify Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' salary if given written authorization by Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders.

8.     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders and the Shavitz Law Group, P.A. on the one hand, and Vozzcom on the other hand acknowledge and agree that the existence, terms and conditions of this Agreement and the circumstances leading to the Action and to this Agreement are and shall be deemed to be completely confidential.  Teixeira, Muller, Alves, Gondran,

8

Garcia, Barretto, Miranda, Saunders, the Shavitz Law Group, P.A., and Vozzcom warrant and represent that neither Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders, the Shavitz Law Group, P.A., nor Vozzcom have previously disclosed to any third parties the existence or the terms and conditions of this Agreement or the circumstances leading to the Action or to this Agreement. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders, the Shavitz Law Group, P.A. and Vozzcom further agree that the existence and the terms and conditions of this Agreement and the circumstances leading to the Action, and to this Agreement shall not be disclosed by them to any person or entity, except (i) as may be required by law; (ii) that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders may disclose the existence, terms and conditions of this Agreement to their respective attorneys, spouses, and/or accountants, provided that Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders make the person to whom disclosure is made aware of the confidentiality provisions of this Agreement and such person agrees to keep the existence, terms and conditions of this Agreement fully confidential; and (iii) Vozzcom may discuss this matter with its attorneys and its management on a need-to-know basis. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders, the Shavitz Law Group, P.A. and Vozzcom also agree not to solicit nor to initiate any demand or request by others not party to this Agreement for any disclosure of the existence, the terms and conditions of this Agreement or the circumstances leading to the Action, or to this Agreement.

9.      Any breach of the provisions of paragraphs "2," "3," "4," "5," "6," "7" or "8" of this Agreement shall constitute a breach of this Agreement for which the Parties may seek appropriate legal and/or injunctive relief in a court of competent jurisdiction, including but not limited to, payment of the reasonable attorneys' fees and costs necessary for enforcement of this Agreement. The Parties expressly agree that in the event of a breach of paragraphs "4," "6," "7" or "8" of this Agreement, the non-breaching Party shall be entitled to collect from the breaching Party all of the consideration provided for by paragraph "1"(a) above and paragraph "24" below as liquidated damages. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders, the Shavitz Law Group, P.A. and Vozzcom expressly

agree that in the event of a breach of paragraph "8" of this Agreement by Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders and/or the Shavitz Law Group, P.A., Vozzcom shall be entitled to collect from the breaching party/parties all of the consideration provided for by paragraph "1"(a) above and paragraph "24" below as liquidated damages.  These liquidated damages provisions are in addition to all other available remedies Vozzcom has under this Agreement and the exercise or enforcement of any one or more rights or remedies shall not constitute an election of remedies.

10.      Vozzcom has entered into this Agreement solely for the purpose of avoiding the burdens and expense of additional and protracted litigation.  The making of this Agreement is not intended, and shall not be construed, as an admission that the Releasees have violated any federal, state, or local law (statutory or decisional), ordinance, regulation, or any common law rule, or that the Releasees have committed any wrongdoing whatsoever.

11.      The Parties acknowledge that they have been advised to consult with an attorney before signing this Agreement and that they have consulted with and been represented by their attorneys.  The Parties further acknowledge that (i) they have carefully read this Agreement in its entirety and have had an opportunity to consider fully the terms of this Agreement for a reasonable period of time; (ii) they fully understand the significance of all of the terms and conditions of this Agreement; (iii) they are signing it voluntarily and of their own free will; and (iv) they assent to all the terms and conditions contained herein.

12.      The Parties represent and warrant that they are authorized and entitled to sign this Agreement, that no other person or entity has any interest in the matters released in this Agreement, and that the Parties own and have not sold, pledged or hypothecated or transferred or purported to sell, pledge, hypothecate or transfer to any person or entity all or any portion of the matters or claims released in this Agreement, and that the Parties will indemnify and hold harmless each other from any such claim that may be asserted against them by any other person or entity on their behalf as it pertains solely to the above-referenced Action.

13.     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders acknowledge that they have been afforded the opportunity to consider the terms of this Agreement for a reasonable period of time.  By signing this Agreement, Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders accept each and all of the terms, provisions, and conditions of this Agreement, and do so voluntarily and with full knowledge and understanding of its contents, nature and effect, and with representation of counsel.

14.     Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders acknowledge that they have been represented by counsel, that they have in fact consulted with their attorney before signing this Agreement, and that they have been afforded the opportunity to consider the terms of this Agreement for a reasonable period of time prior to its execution.  Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders further acknowledge that they have read this Agreement in its entirety; that they fully understand all of the terms of this Agreement, and their significance; that they have signed this Agreement voluntarily and of their own free will; and that they intend to abide by the provisions of this Agreement without exception.

15.     If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect.  However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the enforceability of, any other provision of this Agreement.

16.     This Agreement shall be interpreted, enforced and governed for all purposes by the laws of the State of Florida, without regard to Florida's conflict of laws principles.

17.     Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled in a court of competent jurisdiction in the State of Florida in Broward County.  In any proceeding commenced pursuant to this paragraph, the Parties agree that (i) this Agreement shall be filed under seal; (ii) the consideration paid as set forth in paragraph "1" above, paragraph "24" below and on the signature pages, shall be redacted from any court filing and shall only be disclosed to the Court in sealed documents; and (iii) the events leading to this Agreement shall not be disclosed in any document,

11

pleading, argument or testimony, except as required by law. The prevailing party shall be entitled to reasonable attorneys' fees and costs incurred in any such proceeding.

18. The Parties hereto acknowledge and agree that this Agreement may only be used as evidence in a subsequent proceeding in which either party alleges a breach of this Agreement.

19. Nothing in this Agreement is intended or shall be construed as requiring or encouraging any party to this Agreement to engage in any act or omission that violates any federal, state or local law.

20. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders agree to indemnify and hold harmless Vozzcom and Proskauer Rose LLP, and any of its attorneys, for all interest and penalties imposed by the Internal Revenue Service resulting from Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' allocation of the settlement proceeds paid pursuant to paragraphs "1(a)" and "24" of this Agreement, except for the portion of taxes or contributions for which Vozzcom is responsible as an employer. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders further agree to cooperate fully with Vozzcom in the event of any claim or investigation by any governmental entity or authority regarding the tax treatment of the settlement proceeds. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders also agree to indemnify Vozzcom for, and hold Vozzcom harmless from, any claims for attorneys' fees, costs or disbursements by any attorney or consultant who has advised Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and/or Saunders in the Action, incurred on their behalf through the date of this Agreement.

21. This Agreement is binding upon, and shall inure to the benefit of, the Parties and their respective heirs, executors, administrators, successors and assigns.

22. This Agreement constitutes the complete understanding between the Parties. No other promises or agreements shall be binding unless in writing and signed after the execution of this Agreement by the Parties to be bound thereby.

23. This Agreement may be signed in counterparts, each of which shall be deemed an original.

24.    Payment.  It is further agreed and understood that the consideration in the amount of

**REDACTED**                                          will be paid in the following manner:

(A)    an amount divided and allocated among, and made payable to, Claudio Teixeira, Gino Muller, Igor Alves, Camilo Gondran, Alejandro Garcia, Fernando Barretto, Wallace Miranda and Mark Saunders, as reflected upon their respective signature pages hereto, as payment in full for their respective claims for overtime, backpay, unpaid wages, or other unpaid compensation, including all backpay claims made in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, less any applicable deductions or withholding for taxes, for which Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders will each receive the appropriate Form W-2;

(B)    an amount divided and allocated among, and made payable to, Claudio Teixeira, Gino Muller, Igor Alves, Camilo Gondran, Alejandro Garcia, Fernando Barretto, Wallace Miranda and Mark Saunders, as reflected upon their respective signature pages hereto, as payment in full for their respective remaining claims for damages, including alleged liquidated damage claims raised in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, for which Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders will each receive the appropriate Form 1099;

(C)    an amount made payable to Shavitz Law Group, P.A. (Tax I.D. #65-0969405), as counsel for Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, as reflected upon Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' respective signature pages hereto, representing all attorneys' fees and costs incurred by Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders, for which Shavitz Law Group, P.A. and Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders will each receive a Form 1099.

13

25. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders agree and acknowledge that payments of the sums as set forth above and on their respective signature pages below shall constitute payment in full, which receipt Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders hereby acknowledge. Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders agree that all necessary Form W-9s to Vozzcom shall be executed contemporaneously with the execution of this Agreement. Further, Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders agree that the allocation or distribution of such payments, including as between Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders and their counsel, are solely matters between and within the discretion of Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda, Saunders and their counsel; and Vozzcom shall have no responsibility or liability related thereto. Vozzcom shall issue individual checks to Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders based on the allocation of payments reflected upon Teixeira's, Muller's, Alves', Gondran's, Garcia's, Barretto's, Miranda's and Saunders' respective signature pages hereto. Further, Teixeira, Muller, Alves, Gondran, Garcia, Barretto, Miranda and Saunders represent and warrant that the allocation reflected on their respective signature pages hereto, is a fair, accurate and reasonable allocation to each of them for all their respective claims released herein.

I, CLAUDIO TEIXEIRA, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vozzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to CLAUDIO TEIXEIRA (less any applicable taxes, deductions or withholdings), for which Teixeira will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to CLAUDIO TEIXEIRA, for which Teixeira will receive a Form 1099 | $ | REDACTED |
| TOTAL PAYMENTS TO CLAUDIO TEIXEIRA (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Vozzcom to Shavitz Law Group), for which Shavitz Law Group and Teixeira will each receive a Form 1099 | $ | REDACTED |

### READ BEFORE SIGNING:

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Claudio Teixeira, set my hand and seal this 8 day of NOVEMBER, 2007.

Claudio Teixeira

STATE OF FLORIDA )
                        : ss.:
COUNTY OF Palm Beach )

Personally appeared before me the above named Claudio Teixeira, known to me to be the person whose name is signed above or who produced as identification _____, and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Johann L. Fontaine-Semexant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Before me,

Notary Public
My commission expires: 1/4/08

15

I, **GINO MULLER**, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vozzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to GINO MULLER (less any applicable taxes, deductions or withholdings), for which Muller will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to GINO MULLER, for which Muller will receive a Form 1099 | $ | REDACTED |
| | | REDACTED |
| **TOTAL PAYMENTS TO GINO MULLER** (less any applicable deductions or withholdings) | $ | |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Muller will each receive a Form 1099 | $ | REDACTED |

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Gino Muller, set my hand and seal this _8th_ day of _November_, 2007.

_____
Gino Muller

STATE OF FLORIDA                    )
                                    ) ss.:
COUNTY OF _Palm Beach_              )

Personally appeared before me the above named Gino Muller, known to me to be the person whose name is signed above or who produced as identification _____; and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Johann L. Fontaine-Semerant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Before me, _____

Notary Public _____
My commission expires: _1/6/08_

I, IGOR ALVES, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vozzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to IGOR ALVES (less any applicable taxes, deductions or withholdings), for which Alves will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to IGOR ALVES, for which Alves will receive a Form 1099 | $ | REDACTED |
| TOTAL PAYMENTS TO IGOR ALVES (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Alves will each receive a Form 1099 | $ | REDACTED |

### READ BEFORE SIGNING:

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Igor Alves, set my hand and seal this 08 day of november, 2007.

_____
Igor Alves

STATE OF FLORIDA )
                 ) ss.:
COUNTY OF Palm Beach )

Personally appeared before me the above named Igor Alves, known to me to be the person whose name is signed above or who produced as identification _____, and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Johann L. Fontaine-Bemexant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Before me,

_____
Notary Public
My commission expires: 1/6/08

17

I, **CAMILO GONDRAN**, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vozzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to CAMILO GONDRAN (less any applicable taxes, deductions or withholdings), for which Gondran will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to CAMILO GONDRAN, for which Gondran will receive a Form 1099 | $ | REDACTED |
| **TOTAL PAYMENTS TO CAMILO GONDRAN** (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Gondran will each receive a Form 1099 | $ | REDACTED |

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Camilo Gondran, set my hand and seal this 8 day of NOVEMBER, 2007.

_____
Camilo Gondran

STATE OF FLORIDA            )
                           ; ss.:
COUNTY OF Palm Beach        )

Personally appeared before me the above named Camilo Gondran, known to me to be the person whose name is signed above or who produced as identification _____, and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Johann L. Fontaine-Semexant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Before me, _____

Notary Public
My commission expires: 1/6/0 8

18.

I, <u>ALEJANDRO GARCIA</u>, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vuzzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to ALEJANDRO GARCIA (less any applicable taxes, deductions or withholdings), for which Garcia will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to ALEJANDRO GARCIA, for which Garcia will receive a Form 1099 | $ | REDACTED |
| TOTAL PAYMENTS TO ALEJANDRO GARCIA (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Garcia will each receive a Form 1099 | $ | REDACTED |

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Alejandro Garcia, set my hand and seal this 8 day of November, 2007.

_____
Alejandro Garcia

STATE OF FLORIDA Texas        )
                             : ss.:
COUNTY OF Harris              )

Personally appeared before me the above named Alejandro Garcia, known to me to be the person whose name is signed above or who produced as identification Texas Drivers Lic and who swears that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Before me,

_____
Notary Public
My commission expires: 11-30-08

19

I, FERNANDO BARRETTO, hereby agree to and accept all terms and conditions of this

Confidential Release and Settlement Agreement and the foregoing payment as payment in full for

all claims I had, have or may have against Veazcom, including all claims brought in Case No. 07-

60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to FERNANDO BARRETTO (less any applicable taxes, deductions or withholdings), for which Barretto will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to FERNANDO BARRETTO, for which Barretto will receive a Form 1099 | $ | REDACTED |
| TOTAL PAYMENTS TO FERNANDO BARRETTO (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Barretto will each receive a Form 1099 | $ | REDACTED |

### READ BEFORE SIGNING:

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Fernando Barretto, set my hand and seal this _____ day of _Nov 09_ , 2007.

_____
Fernando Barretto

STATE OF FLORIDA )
                 : ss.
COUNTY OF _____ )

Personally appeared before me the above named Fernando Barretto, known to me to be the person whose name is signed above or who produced as identification _____ and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Before me,

_____
Notary Public
My commission expires:

JUDI ARA FARIAS
Notary Public, State of Texas
My Commission Expires
June 17, 2009

20

I, **WALLACE MIRANDA**, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vozzcom, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to WALLACE MIRANDA (less any applicable taxes, deductions or withholdings), for which Miranda will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to WALLACE MIRANDA, for which Miranda will receive a Form 1099 | $ | REDACTED |
| **TOTAL PAYMENTS TO WALLACE MIRANDA** (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendants to Shavitz Law Group), for which Shavitz Law Group and Miranda will each receive a Form 1099 | $ | REDACTED |

### READ BEFORE SIGNING:

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Wallace Miranda, set my hand and seal this 8 day of November, 2007.

_____
Wallace Miranda,

STATE OF FLORIDA )
                 ) ss.:
COUNTY OF Palm Beach )

Personally appeared before me the above named Wallace Miranda, known to me to be the person whose name is signed above or who produced as identification _____, and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Johann L. Fontaine-Semexant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Before me,

_____
Notary Public
My commission expires: 1/6/08

21

I, MARK SAUNDERS, hereby agree to and accept all terms and conditions of this Confidential Release and Settlement Agreement and the foregoing payment as payment in full for all claims I had, have or may have against Vezzuzo, including all claims brought in Case No. 07-60767-CIV-Dimitrouleas/Rosenbaum, in consideration for the following payments:

| | | |
|---|---|---|
| Back wages to MARK SAUNDERS (less any applicable taxes, deductions or withholdings), for which Saunders will receive a Form W-2 | $ | REDACTED |
| Liquidated Damages to MARK SAUNDERS, for which Saunders will receive a Form 1099 | $ | REDACTED |
| TOTAL PAYMENTS TO MARK SAUNDERS (less any applicable deductions or withholdings) | $ | REDACTED |
| Attorney's Fees & Costs (paid by Defendant to Shavitz Law Group), for which Shavitz Law Group and Saunders will each receive a Form 1099 | $ | REDACTED |

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Mark Saunders, set my hand and seal this 4ᵗʰ day of _November_, 2007.

_Mark Saunders_
Mark Saunders

STATE OF FLORIDA        )
                        : ss:
COUNTY OF _____       )

Personally appeared before me the above named Mark Saunders, known to me to be the person whose name is signed above or who produced as identification _____, and who swore that he acknowledges that he has read the foregoing document in its entirety, and that he understands and agrees to its terms.

Before me,

_____
Notary Public
My commission expires:

M GOODLITT
Notary Public-Cobb County, Georgia
My Commission Expires August 16, 2010

22

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, _Doreen Vozzola_, set my hand and seal this _19_ day of _November_, 2007.

VOZZCOM, INC.,

By: _[signature]_

Title: _President_

STATE OF FLORIDA        )
                        ; ss.:
COUNTY OF BROWARD        )

The foregoing instrument was acknowledged before me on _11/19/07_ by _Doreen Vozzola_ of Vozzcom, Inc. He/She is personally known to me or has produced _____ as identification.

Before me,

_Terry A. Board_
Notary Public
My commission expires: _9/13/08_

**Terry A. Board**
Commission # DD354655
Expires: SEP. 13, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

23.

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Doreen Vozzola, set my hand and seal this _19_ day of _November_, 2007.

_____
Doreen Vozzola

STATE OF FLORIDA                )
                                : ss.:
COUNTY OF _Broward_             )

The foregoing instrument was acknowledged before me on _11/19/07_ by Doreen Vozzola. She is personally known to me or has produced _____ as identification.

Before me,

_____
Notary Public
My commission expires: _9/13/08_

Terry A. Board
Commission # DD354655
Expires: SEP. 13, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

24

**READ BEFORE SIGNING:**

I HAVE READ ALL OF THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND I UNDERSTAND ALL PARAGRAPHS CONTAINED HEREIN. I STATE THAT I AM SIGNING THIS CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AS MY OWN FREE ACT AND DEED.

IN WITNESS WHEREOF, I, Hal Anderson, set my hand and seal this 12th day of Nov., 2007.

SHAVITZ LAW GROUP, P.A.

By: Hal Anderson, Esq.

Title: Attorney of Record for Claudio Teixeira, Gino Muller, Igor Alves, Camilo Gondran, Alejandro Garcia, Fernando Barretto, Wallace Miranda and Mark Saunders

STATE OF FLORIDA )
                 : ss.
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me on Nov. 12 2007 by Hal Anderson, Esq. of Shavitz Law Group, P.A. He is personally known to me or has produced _____ as identification.

Before me,

Johann L. Fontaine-Semexant
Commission #DD279157
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public
My commission expires: 1/6/08

25

Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 07-60767 CIV – DIMITROULEAS/ROSENBAUM

CLAUDIO TEIXEIRA, and
GINO MULLER, individually
and on behalf of others
similarly situated,

        Plaintiffs,

v.

VOZZCOM, INC., a Florida
corporation, and DOREEN
VOZZOLA, individually,

        Defendants.

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Claudio Teixeira, Gino Muller, Igor Alves, Camilo Gondran, Alejandro Garcia, Fernando Barretto, Wallace Miranda and Mark Saunders, through their counsel, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, hereby stipulate and agree that their action against Vozzcom, Inc. and Doreen Vozzola is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated: 11/12 , 2007

SHAVITZ LAW GROUP, P.A.
Attorneys for Plaintiffs
J1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone:   561.447.8888
Facsimile:   561.447.8831

Hal Anderson, Esq.

PROSKAUER ROSE LLP
Attorneys for Defendants
2255 Glades Road, Suite 340 West
Boca Raton, Florida 33431
Telephone:   561.241.7400
Facsimile:   561.241.7145

Allan H. Weitzman, Esq.

26

## CERTIFICATE OF SERVICE

I hereby certify that on _Nov 12_ 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Hal Anderson
Hal Anderson

## SERVICE LIST

**Claudio Teixeira and Gino Muller, individually and on behalf of others similarly-situated, Plaintiffs, v. Vozzcom, Inc., a Florida Corporation and Doreen Vozzola, individually, Defendants.**

United States District Court, Southern District of Florida

Case No. 07-60767 CIV Dimitrouleas/Rosenbaum

| | |
|---|---|
| Gregg I. Shavitz (Fla. Bar No. 11398) | Allan H. Weitzman, Esq. |
| E-mail: gshavitz@shavitzlaw.com | aweitzman@proskauer.com |
| Hal B. Anderson (Fla. Bar No. 93051) | Jurate Schwartz, Esq. |
| E-mail: hal.anderson@shavitzlaw.com | jschwartz@proskauer.com |
| SHAVITZ LAW GROUP, P.A. | Proskauer Rose LLP |
| 1515 S. Federal Highway, Suite 404 | 2255 Glades Road, Ste. 340W |
| Boca Raton, FL 33432 | Boca Raton, FL 33431 |
| Telephone: 561.447.8888 | Telephone: 561.241.7400 |
| Facsimile: 561.447.8831 | Facsimile: 561.241.7145 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Method of Service: Via transmission of Notices of Electronic Filing generated by CM/ECF | Method of Service: Via transmission of Notices of Electronic Filing generated by CM/ECF |